

Joseph M. Drayton
+1 212 479 6539
jdrayton@cooley.com

July 27, 2017

Hon. A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**VIA ECF**

RE: *Long Island Housing Services, Inc. et al. v. Village of Mastic Beach et al.*,
    No. 15-CV-0629 (DRH) (AKT)

Dear Magistrate Judge Tomlinson:

We write on behalf of all parties to provide the Court with a status update regarding settlement of this action. We are pleased to report that all parties have now executed a settlement agreement; however, the parties are currently discussing whether there is a need to fine tune certain language in the agreement with respect to the scope of the release being given by plaintiffs. We expect this question to be resolved by tomorrow, and once the settlement payment is made in accordance with the settlement agreement, we will file a stipulation of dismissal and proposed order with the Court. We expect this to occur within the next three weeks. We wish to thank the Court for its assistance in helping the parties resolve this matter. Should the Court still wish to have a status conference, we would request that tomorrow's conference be adjourned and a future date scheduled. We will provide the Court with a further status update as the Court deems appropriate.

Thank you for your consideration of this matter.

Respectfully submitted,

Cooley LLP

Joseph M. Drayton

cc:     All counsel